AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| Winifred Riley, | ) **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case Number: 1:08-0361-MBS |
| Norfolk Southern Corporation and | ) |
| Norfolk Southern Railway Company | ) |
| Defendants. | ) |

**[X]    Decision on the Record.**  This action came before the Court, the Honorable Margaret B. Seymour, United States District Judge, presiding.  The Court having dismissed the action pursuant to Rule 41(b) due to abandonment by the plaintiff,

**IT IS ORDERED AND ADJUDGED** that the plaintiff, Winifred Riley, take nothing of the defendants, Norfolk Southern Corporation and Norfolk Southern Railway Company, and this action is dismissed with prejudice pursuant to FRCP 41(b).

LARRY W. PROPES, Clerk

By: s/Angie Snipes
Deputy Clerk

February 24, 2009